UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **ROBERT NATHANIEL FRANCIS** | : | **CIVIL ACTION NO. 13-2954** |
| **VERSUS** | : | **JUDGE ROBERT G. JAMES** |
| **TENSAS PARISH DETENTION CENTER, ET AL.** | : | **MAG. JUDGE KAREN L. HAYES** |

# RULING

Pending before the Court is a Motion for Summary Judgment [Doc. No. 18] filed by Defendants Helen Leonard, Sheila Jefferson, and Dianne Taylor. On May 9, 2014, Magistrate Judge Karen L. Hayes issued a Report and Recommendation [Doc. No. 29] in which she recommends that the Court grant the Motion for Summary Judgment and dismiss the named Defendants without prejudice, dismiss Defendants Tensas Parish Detention Center ("TPDC") and TPDC Medical Unit with prejudice, and strike any claims against "unknown night shift nurses."

After reviewing the record in this matter, including the objections to the Report and Recommendation and the reply to the objections, the Court ADOPTS IN PART and DECLINES TO ADOPT IN PART the Report and Recommendation. The Court agrees with and ADOPTS the Magistrate Judge's recommendation that the claims against TPDC and TPDC Medical Department be dismissed with prejudice and that the claims against the unknown night shift nurses be stricken.

However, the Court DECLINES TO ADOPT the recommendation that the Motion for

Summary Judgment be granted. The Court finds that Plaintiff has raised genuine issues of material fact for trial as to whether he exhausted his administrative remedies. Accordingly, the Motion for Summary Judgment is DENIED, and this matter is REFERRED to Magistrate Judge Hayes to hold an evidentiary hearing on exhaustion pursuant to *Dillon v. Rodgers*, 596 F.3d 260, 272-73 (5th Cir. 2010).

      MONROE, LOUISIANA, this 29th day of May, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE