UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **ROBERT NATHANIEL FRANCIS** | : | **CIVIL ACTION NO. 13-2954** |
| **VERSUS** | : | **JUDGE ROBERT G. JAMES** |
| **TENSAS PARISH DETENTION CENTER, ET AL.** | : | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

For the reasons set forth in the Court's Ruling and for those reasons set forth in the Magistrate Judge's Report and Recommendation, to the extent adopted,

IT IS ORDERED that the Motion for Summary Judgment [Doc. No. 18] filed by Defendants Helen Leonard, Sheila Jefferson, and Dianne Taylor is DENIED, and this matter is REFERRED to the Magistrate Judge to hold an evidentiary hearing on exhaustion.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims against Defendants Tensas Parish Detention Center and Medical Department Tensas Parish Detention Center are hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that "unknown night shift nurses" are hereby STRICKEN as Defendants.

MONROE, LOUISIANA, this 29th day of May, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE