UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **ROBERT NATHANIEL FRANCIS** | : | **CIVIL ACTION NO. 13-2954** |
| **VERSUS** | : | **JUDGE ROBERT G. JAMES** |
| **TENSAS PARISH DETENTION CENTER, ET AL.** | : | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Robert Nathaniel Francis's claims against Defendants Helen Leonard, Sheila Jefferson (named as "Nurse Jefferson"), and Dianne Taylor, are hereby DISMISSED WITHOUT PREJUDICE on the merits, but DISMISSED WITH PREJUDICE for purposes of proceeding in forma pauperis pursuant to 28 U.S.C. § 1915(d).

MONROE, LOUISIANA, this 21st day of November, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE